PROB 12C
(6/16)

Report Date: March 27, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 28 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jennifer Marie Gilpatrick     Case Number: 0980 2:17CR00035-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2017

| | | |
|---|---|---|
| Original Offense: | Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 10 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 22, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 21, 2021 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

**Supporting Evidence**: Ms. Gilpatrick violated her conditions of supervised release on or about March 27, 2018, by failing to report to the U.S. Probation Office in Spokane, Washington, within 72 hours of her release from the Bureau of Prisons (BOP).

On March 13, 2018, Ms. Gilpatrick agreed to modify her conditions of supervised release by entering the Spokane Residential Reentry Center (RRC) as a public law, upon her release from custody, as Ms. Gilpatrick did not have an appropriate release address.

On March 16, 2018, Ms. Gilpatrick left a voice mail on the undersigned officer's phone informing this officer she had received her travel itinerary for her return to Spokane, Washington. She further advised she released from BOP on March 22, 2018, and would arrive in Spokane, Washington, on March 23, 2018, via Greyhound.

Prob12C
Re: Gilpatrick, Jennifer Marie
March 27, 2018
Page 2

On March 19, 2018, the undersigned officer reached out to her case manager at Dublin Federal Correctional Institution via email. The undersigned officer provided contact numbers for the undersigned officer instructing Ms. Gilpatrick to call the undersigned officer immediately upon her arrival to Spokane, Washington. Ms. Gilpatrick has an outstanding Washington State Department of Corrections (DOC) warrant, and she was also advised to turn herself in on the outstanding warrant.

On March 22, 2018, Ms. Gilpatrick released from BOP custody. She failed to call the undersigned officer as directed upon her arrival to Spokane, Washington. On March 26, 2018, the undersigned officer reached out to DOC and was advised Ms. Gilpatrick had not contacted their agency and her warrant remained outstanding. To this date, Ms. Gilpatrick has made no effort to call the undersigned officer or report to the Spokane U.S. Probation Office within 72 hours of her release from BOP custody. Her current whereabouts are unknown, and it appears Ms. Gilpatrick has absconded.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/27/2018

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

3/28/18
Date