PROB 12C
(6/16)

Report Date: March 19, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2021

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Marie Gilpatrick          Case Number: 0980 2:17CR00035-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 28, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 10 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | March 22, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | March 21, 2021 |

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on October 13, 2020. The purpose of this petition is to reflect updated information in regard to violation number 2, based on recent Washington State Supreme Court case Blake v State of Washington.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/28/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On October 5, 2020, it is alleged that Ms. Gilpatrick violated her conditions of supervised release, by being in possession of a controlled substance methamphetamine.<br><br>Ms. Gilpatrick was sentenced on September 28, 2017.  At that time she was made aware of her mandatory, standard, and special conditions. |

According to the police report filed by the Centralia Police Department, incident number 20A11415, on October 5, 2020, officers responded to reports of an unconscious female in the driver's seat of a vehicle. Reports also indicate a citizen was with the unconscious female attempting to wake her up. The female was later identified as Jennifer Gilpatrick.

When officers arrived on scene, it was reported that Ms. Gilpatrick was stopped in the middle of the road while the vehicle was still running. When Ms. Gilpatrick regained consciousness, she attempted to drive away, almost striking a witness.

Initially, Ms. Gilpatrick provided a false name, and was later identified at the Lewis County Jail. She was easily distracted and unable to answer questions, and Ms. Gilpatrick admitted to smoking marijuana. Incident to arrest, officers searched her purse and she was found to be in possession of suspected methamphetamine.

Ms. Gilpatrick was arrested and booked into the Lewis County Jail.

3   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged that on October 5, 2020, Jennifer Gilpatrick violated her conditions of supervised release by traveling to the Western District of Washington without permission.

Ms. Gilpatrick was sentenced on September 28, 2017. At that time she was made aware of her mandatory, standard, and special conditions.

Ms. Gilpatrick was arrested by the Centralia Police Department and booked into the Lewis County Jail, which is within the Western District of Washington.

4   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On October 5, 2020, it is alleged that Ms. Gilpatrick violated her conditions of supervised release, by being arrested for first degree criminal impersonation, R.C.W. 9A.60.040.1.

Ms. Gilpatrick was sentenced on September 28, 2017. At that time she was made aware of her mandatory, standard, and special conditions.

As referenced in violation number 1, Ms. Gilpatrick was contacted by the Centralia Police Department after being found unconscious and behind the wheel of a motorized vehicle. When she was asked her name, Ms. Gilpatrick stated her name was "Samantha George." Ms. Gilpatrick was asked her actual name several times, and she refused to identify herself. Ms. Gilpatrick was later identified at the Lewis County Jail.

5   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On October 5, 2020, it is alleged Ms. Gilpatrick violated her conditions of supervised release by driving under the influence (DUI), R.C.W. 46.61.502.

        Ms. Gilpatrick was sentenced on September 28, 2017. At that time she was made aware of her mandatory, standard, and special conditions.

        According to the report filed by the Centralia Police Department, incident number 20A11415, on October 5, 2020, an officer contacted Ms. Gilpatrick, who was passed out in the driver's seat of a vehicle. Ms. Gilpatrick was easily distracted and unable to follow commands or answer questions. Ms. Gilpatrick admitted to the officer to smoking marijuana and pulled out a "vape pen" which contained a light brown liquid inside. The officer developed probable cause to arrest Ms. Gilpatrick for DUI. Ms. Gilpatrick told the officer she did not know it was a DUI to smoke marijuana and drive. While being booked into the Lewis County Jail, she told jail staff she was arrested for "smoking marijuana and she fell asleep in her car because the marijuana was enough for her to doze off."

6        **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: On October 5, 2020, it is alleged Ms. Gilpatrick violated her conditions of supervised release by being in possession of counterfeit currency, R.C.W. 9.16.035.

        Ms. Gilpatrick was sentenced on September 28, 2017. At that time she was made aware of her mandatory, standard, and special conditions.

        According to the report filed by the Centralia Police Department, incident number 20A11415, on October 5, 2020, Ms. Gilpatrick was arrested. In her possession was counterfeit currency, specifically a $10 bill.

7        **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** On October 5, 2020, it is alleged Ms. Gilpatrick violated her conditions of supervised release by using marijuana.

        Ms. Gilpatrick was sentenced on September 28, 2017. At that time she was made aware of her mandatory, standard, and special conditions.

        According to the report filed by the Centralia Police Department, incident number 20A11415, Ms. Gilpatrick was arrested for DUI. She admitted to smoking marijuana on October 5, 2020, to arresting officers.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

Prob12C
**Re: Gilpatrick, Jennifer Marie**
**March 19, 2021**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/19/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[X]    Other: The Court **ACCEPTS** the Revised Petition. This Revised Petition replaces the Petition filed at ECF No. 153.

Signature of Judicial Officer

3/22/2021
Date